**Appeal Nos.  2024AP730**
**2024AP731**
**2024AP732**
**2024AP733**

Cir. Ct. Nos.  2022TP5
2022TP6
2022TP7
2022TP8

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**NO. 2024AP730**

**IN RE THE TERMINATION OF PARENTAL RIGHTS TO
J.C.M.S., A PERSON UNDER THE AGE OF 18:**

**WAUSHARA COUNTY DEPARTMENT OF HUMAN SERVICES,**

    **PETITIONER-RESPONDENT,**

  **V.**

**A. M. S.,**

    **RESPONDENT-APPELLANT.**

FILED

October 4, 2024

Samuel A. Christensen
Clerk of Court of Appeals

---

**NO. 2024AP731**

**IN RE THE TERMINATION OF PARENTAL RIGHTS TO Z.S.,
A PERSON UNDER THE AGE OF 18:**

**WAUSHARA COUNTY DEPARTMENT OF HUMAN SERVICES,**

    **PETITIONER-RESPONDENT,**

  **V.**

**A. M. S.,**

    **RESPONDENT-APPELLANT.**

---

No. 2024AP732

IN RE THE TERMINATION OF PARENTAL RIGHTS TO D.M.S.,
A PERSON UNDER THE AGE OF 18:

WAUSHARA COUNTY DEPARTMENT OF HUMAN SERVICES,

PETITIONER-RESPONDENT,

V.

A. M. S.,

RESPONDENT-APPELLANT.

No. 2024AP733

IN RE THE TERMINATION OF PARENTAL RIGHTS TO I.R.V.E.,
A PERSON UNDER THE AGE OF 18:

WAUSHARA COUNTY DEPARTMENT OF HUMAN SERVICES,

PETITIONER-RESPONDENT,

V.

A. M. S.,

RESPONDENT-APPELLANT.

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

2

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Guy D. Dutcher
Circuit Court Judge
Electronic Notice

Karen Mastricola
Register in Probate
Waushara County Courthouse
Electronic Notice

Stefanie P. Wagner
Electronic Notice

Steven Zaleski
Electronic Notice


PLEASE TAKE NOTICE that corrections were made to paragraph 43 in the above-captioned opinion which was released on October 3, 2024. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.